Nathan Brown (SBN: 033482)
Nathan.Brown@BrownPatentLaw.com
BROWN PATENT LAW
15100 N 78th Way Suite 203
Scottsdale, AZ 85260
Telephone: (602) 529-3474

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the putative classes*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Duke, individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>American Express Company,<br><br>*Defendant.* | Case No. 4:23-cv-00125-RM-LCK<br><br>**NOTICE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES** |

    Pursuant to Local Rule 5.2 and the Court's May 22, 2023 Order, Plaintiff hereby provides notice that she served her initial disclosures on Defendant via email on June 13, 2023.

                                                      Respectfully submitted,

DATED this 14th day of June, 2023.

                                             */s/ Avi R. Kaufman*
                                             Avi R. Kaufman
                                             kaufman@kaufmanpa.com

Kaufman P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

Nathan Brown (SBN 033482)
BROWN PATENT LAW
15100 N 78th Way Suite 203
Scottsdale, AZ 85260
Phone: 602-529-3474
Nathan.Brown@BrownPatentLaw.com

*Attorneys for Plaintiff and the putative Classes*