UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Duke, individually and on behalf of all others similarly situated, | Case No. 4:23-cv-00125-RM-LCK |
| *Plaintiff*, | |
| *v.* | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY RESPONSES** |
| American Express Company, | |
| *Defendant.* | |

Having considered Plaintiff Debra Duke's requests that this Court order American Express Company to answer interrogatory no. 7 and produce documents responsive to request for production no. 7 and for good cause, the motion is hereby GRANTED.

IT IS HEREBY ORDERED that within 7 days of entry of this Order American Express to answer interrogatory no. 7 and produce documents responsive to request for production no. 7.

DATED this ___ day of July, 2024.

_____
HONORABLE LYNETTE C. KIMMINS
UNITED STATES MAGISTRATE JUDGE