Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

[Additional counsel appearing on signature page]

*Attorneys for Plaintiff and the putative class*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Debra Duke, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>American Express Company,<br><br>*Defendant.* | Case No. 4:23-cv-00125-RM-LCK<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Duke hereby notifies the Court that the parties have reached an agreement in principle to settle the litigated claims in this case on a class-wide basis, subject to Court approval. The parties are presently drafting a written Settlement Agreement and related documents. Plaintiff will file the Settlement Agreement and related documents with the Court as part of a Motion for Preliminary Approval by or on March 21, 2025.

Based on the foregoing, the parties respectfully request that all current deadlines be suspended pending the filing of the proposed Settlement Agreement.

DATED this 5th day of February, 2025.     Respectfully submitted,

/s/ *Avi R. Kaufman*
Avi R. Kaufman
kaufman@kaufmanpa.com
KAUFMAN P.A.
237 S Dixie Hwy, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

Nathan Brown (SBN 033482)
BROWN PATENT LAW
15100 N 78th Way Suite 203
Scottsdale, AZ 85260
Phone: 602-529-3474
Nathan.Brown@BrownPatentLaw.com

*Attorneys for Plaintiff and the putative Class*